11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Superior Environmental Products, Inc. et al

Appellants

Vs.                   No. 11-00-00314-CV B Appeal from Dallas County

Kemacoat International, Inc. et al

Appellees

 

The parties have filed in this court a joint
motion to dismiss the appeal.  In their
motion, appellants and appellees stated that they have reached an agreed
resolution of the issues.  The motion is
granted.   TEX.R.APP.P. 42.1.

The appeal is dismissed.

 

PER CURIAM

 

January 10, 2002

Do not publish.  See TEX.R.APP.P. 47.3(b).

Panel consists of: Arnot, C.J., and

Wright, J., and McCall, J.